UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARA L FREEMAN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-5829 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Plaintiff's Motion for an Extension of Time, and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including January 31, 2024, to file the Opening Brief,
- Defendant shall have up to and including March 1, 2024 to file a response to Plaintiff's Opening Brief; and
- Plaintiff shall have up to and including March 15, 2024, to file the optional Reply Brief.

DATED this 30th day of January, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1