UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARA L FREEMAN,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C23-5829 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 5, 2024, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including March 19, 2024, to file the optional Reply Brief.

DATED this 28th day of February, 2024.

                                                                      Ricardo S. Martinez
                                                                      United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1